**Order entered January 21, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00040-CV

## IN RE NOEL ALONSO MEJIA, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F93-00369-VU**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's "Application for Writ of Habeas Corpus for Documents, Records and Statements of Facts." If relator wishes to obtain a copy of the clerk's record and the reporter's record in cause no. 05-93-00462-CR, he may forward a request for a copy of the record and payment of the ten cent per page copying fee to the Clerk. The record in cause no. 05-93-00462-CR includes a total of 975 pages. We **ORDER** relator to bear the costs of this original proceeding.

/s/      DOUGLAS S. LANG
         JUSTICE